**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation,<br><br>          Plaintiff.<br><br>vs.<br><br>ELIZABETH P. HOUSER, agent of Josephine T. Olchvary and wife of Robert C. Houser, III; ROBERT C. HOUSER, III., trustee of the Josephine T. Olchvary Trust and husband of Elizabeth P. Houser; KEVIN J. HOUSER, a single man; ROBERT C. HOUSER, IV; a single man; ALBERT CORDOVA; BEN CORDOVA; and ALICE HINTZE,<br><br>          Defendants. | No. CV06-2684-PHX-RCB<br><br>**JUDGMENT** |

The Complaint in this action was filed in this Court on November 8, 2006. Defendants Albert Cordova, Ben Cordova, and Alice Hintze waived service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure, but have failed to appear and answer the interpleader Complaint filed by Plaintiff/Counterdefendant Life Insurance Company of North America ("LINA"). The default of Defendants

3046883_1.DOC(50365.91)

Albert Cordova, Ben Cordova, and Alice Hintze was entered by the clerk of this Court on February 1, 2007 and no proceedings have been taken by Defendants Albert Cordova, Ben Cordova, and Alice Hintze since default was entered. Defendants Albert Cordova, Ben Cordova, and Alice Hintze are neither infants nor incompetent persons. Accordingly, it appears that there is no just reason for delay and that a final judgment may be entered against Defendants Albert Cordova, Ben Cordova, and Alice Hintze in favor of LINA. Therefore, for the reasons stated in LINA's Motion for Entry of Default Judgment and for good cause appearing therefor:

IT IS ORDERED that Defendants Albert Cordova, Ben Cordova, and Alice Hintze are permanently restrained from instituting any action against LINA for the recovery of the subject Policy's (group life insurance Policy No. FLX 980040) proceeds and from instituting any actions against LINA on account of or relating in any fashion to the Policy and proceeds at issue.

IT IS FURTHER ORDERED that LINA be discharged of any liability to Albert Cordova, Ben Cordova and Alice Hintze arising out of or relating to the policy or any proceeds at issue.

IT IS FURTHER ORDERED that there is no just reason for delay and directing entry of this judgment forthwith.

Dated this 15th day of February, 2007.

_____
Robert C. Broomfield
Senior United States District Judge